IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| NAVEEN SIRIAH, | ) | CV 24-00417 SASP-RT |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO GRANT |
| UNIVERSITY OF HAWAII, | ) | APPLICATION TO PROCEED IN |
| | ) | DISTRICT COURT WITHOUT |
| Defendant. | ) | PREPAYING FEES OR COSTS |
| | ) | AND DISMISS THE COMPLAINT |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
RECOMMENDATION TO GRANT APPLICATION
TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING
<u>FEES OR COSTS AND DISMISS THE COMPLAINT</u>

Findings and Recommendation having been filed and served on all parties on December 2, 2024, and no objections having been filed by any party.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

Plaintiff is granted forty-five (45) days from the date of this order to file an amended complaint. Failure to cure the deficiencies identified in the *Findings and Recommendation to Grant Application to Proceed in District Court Without Prepaying Fees or Costs and Dismiss the Complaint*, ECF No. 11, or failure to

timely file an amended complaint may result in dismissal of this action with prejudice.

IT IS SO ORDERED.

DATED: Honolulu, Hawaiʻi, December 4, 2024.



Shanlyn Park
United States District Judge

*NAVEEN SIRIAH vs. UNIVERSITY OF HAWAII*, CIV. NO. 24-00417 SASP-RT; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS AND DISMISS THE COMPLAINT